IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., an Ohio Corporation, individually and as the representative of a class of similarly-situated persons,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CEPHALON, INC., CEPHALON CLINICAL PARTNERS, L.P., CEPHALON DEVELOPMENT CORPORATION, SCIMEDICA GROUP, LLC, SCIMEDICA GROUP MARKETING RESEARCH AND CONSULTING, LLC AND JOHN DOES 1-10,<br><br>　　　　　　　　　　Defendants. | CIVIL ACTION<br><br>No. 2:12-cv-03753 (LDD)<br><br><br>[ ELECTRONICALLY FILED] |

## DEFENDANTS CEPHALON, INC., CEPHALON CLINICAL PARTNERS, L.P., AND CEPHALON DEVELOPMENT CORPORATION'S MOTION TO DISMISS FOR LACK OF STANDING OR, IN THE ALTERNATIVE, TO LIMIT STANDING

Defendants, Cephalon, Inc., Cephalon Clinical Partners, L.P. and Cephalon Development Corporation (collectively, "Cephalon") through their undersigned counsel, respectfully move this Court, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and the Court's November 15, 2012 Amended Scheduling Order, to dismiss all claims set forth in the Complaint filed in the above captioned action by Plaintiff, Physicians HealthSource, Inc. ("Plaintiff"). In the alternative, Cephalon moves this Court to limit Plaintiff's standing to the two faxes it alleges to have received. The reasons in support of this Motion are set forth in the accompanying Memorandum of Law, which is incorporated herein by reference.

|  |  |
|---|---|
|  | STEVENS & LEE, P.C. |
| Dated:  December 6, 2012 | By: */s/ Joseph E. Wolfson*<br>Joseph E. Wolfson, Esquire<br>Attorney I.D. No. 44431<br>Jason A. Risk, Esquire<br>Attorney I.D. No. 207984<br>Nicholas H. Pennington, Esquire<br>Attorney I.D. No. 307073<br>620 Freedom Business Center<br>Suite 200<br>King of Prussia, PA  19406<br>Phone:  (610) 205-6019<br>Facsimile:  (610) 988-0808<br><br>*Attorneys for Defendants Cephalon, Inc.,*<br>*Cephalon Clinical Partners, L.P. and*<br>*Cephalon Development Corporation* |

## CERTIFICATE OF SERVICE

       I, Nicholas H. Pennington, Esquire, certify that on this date, the foregoing Motion to Dismiss and supporting Memorandum of Law has been filed electronically, and is available for viewing and downloading from the ECF System, and has been served via the Court's electronic filing service on all counsel of record.

                                                /s/ *Nicholas H. Pennington*
                                                Nicholas H. Pennington

Date:  December 6, 2012

SL1 1206578v1 030421.00477