IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons, </br>                    Plaintiff, </br>          v. </br></br>CEPHALON, INC., CEPHALON CLINICAL PARTNERS, L.P., CEPHALON DEVELOPMENT CORPORATION, SCIMEDICA GROUP, LLC, SCIMEDICA GROUP MARKETING RESEARCH AND CONSULTING, LLC and JOHN DOES 1-10, </br></br>                    Defendants. | No. 2:12-cv-03753-LDD </br></br> Hon. Legrome D. Davis |

**PLAINTIFF'S REPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING ADMINISTRATIVE REVIEW**

Plaintiff Physicians Healthsource, Inc. responds in opposition to Defendants Cephalon, Inc., Cephalon clinical Partners, L.P., and Cephalon Development Corporation's Motion to Stay Proceedings Pending Administrative Review (Doc. 96, 96-1)., in which Defendants Scimedica Group LLC, Scimedica Group Marketing Research and Consulting LLC and third-party defendant Blitz Research have joined (Docs. 101 and 103, respectively). In support of its response, Plaintiff submits it accompanying memorandum in opposition.

WHEREFORE, Plaintiff respectfully requests that this Court deny Defendants' Motion to Stay Proceedings Pending Administrative Review.

Respectfully submitted,

PHYSICIANS HEALTHSOURCE, INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons

By:   s/Brian J. Wanca

        Brian J. Wanca
        Ryan M. Kelly
        ANDERSON + WANCA
        3701 Algonquin Road, Suite 760
        Rolling Meadows, IL 60008
        Telephone: 847-368-1500

        Ann M. Caldwell
        CALDWELL LAW OFFICE LLC
        108 W. Willow Grove Avenue, Suite 300
        Philadelphia, PA 19118
        Telephone: 215-248-2030

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 12, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

        s/ Brian J. Wanca
          Brian J. Wanca