IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHYSICIANS HEALTHSOURCE, INC., individually and as the representative of a class of similarly-situated persons, | : : :: : | CIVIL ACTION |
| v. | : : | |
| CEPHALON, INC., et al., Defendants, | : : : | |
| and | : : | |
| SCIMEDICA GROUP, LLC, et al., Defendants/Third Party Plaintiffs, | : : : : | |
| v. | : : | |
| BLITZ RESEARCH, INC. Third Party Defendant | : : | NO. 12-3753 |

## ORDER

**AND NOW**, this 29th day of October 2018, upon consideration of "Defendants Cephalon, Inc., Cephalon Clinical Partners, L.P., and Cephalon Development Corporation's Motion for Summary Judgment" (Docket No. 128), and "Defendant, SciMedica Group, LLC and SciMedica Group Marketing Research and Consulting, LLC's Motion for Summary Judgment" (Docket No. 129), and all documents filed in connection with both Motions, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motions are **GRANTED**. **IT IS FURTHER ORDERED** that **JUDGMENT IS ENTERED** on favor of Defendants Cephalon, Inc., Cephalon Clinical Partners, L.P., Cephalon Development Corporation, SciMedica Group, LLC and SciMedica Group Marketing Research and Consulting, LLC and against Plaintiff.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.